## Commonwealth *v.* Stratton, Appellant.

Argued March 17, 1969. *Hardy Williams,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First

Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.